

April 24, 2014

*Via Electronic Filing*

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Scheduling Notification in *Chevron Corp. v. Donziger et al.* (Nos. 14-0826, 14-0832)

Dear Ms. Wolfe:

    I represent three of the defendants-appellants in these consolidated appeals: Steven Donziger, the Law Offices of Steven Donziger, and Donziger & Associates (collectively, "the Donziger appellants").

    Under Local Rule 31.2(a)(1)(B), I respectfully request that the Donziger appellants' opening brief be due on July 2, 2014. That date is within 91 days of April 2, 2014, the date that the Donziger appellants filed Form D, certifying that no transcript will be ordered.

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta
*Counsel for the Donziger Appellants*

cc:
Theodore B. Olson, Gibson, Dunn & Crutcher LLP
Randy M. Mastro, Gibson, Dunn & Crutcher LLP

**Gupta Beck PLLC**
1625 Massachusetts Ave, NW, Suite 500, Washington, DC 20036
**P** 202 470 3826    **F** 202 328 7030
**guptabeck.com**