NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Chevron Corp. v. Donziger                                    Docket No.: 14-826

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Eric W. Bloom

Firm: Winston & Strawn LLP

Address: 1700 K Street, N.W., Washington DC 20006

Telephone: (202) 282-5000     Fax: (202) 282-5100

E-mail: ebloom@winston.com

Appearance for: The Republic of Ecuador
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Neither Party _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 7, 2010                                                                OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Eric W. Bloom

Type or Print Name: Eric W. Bloom