Burt Neuborne
40 Washington Square South
New York, New York 10012

July 1, 2014

By ECF
Clerk of the Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Chevron Corporation v. Hugo Camacho Naranjo, et al.*
Docket No. 14-832 (CON) 14-826 (L)

Dear Sir or Madame:

As counsel in 14-832 (CON), I will file the Appellant's brief on July 1, 2014, in accordance with the scheduling order. The scheduling order calls for the filing of Appellant's brief in 14-826 (L) on July 2, 2014. The substantial Appendices in both 14-826(L) and 14-832 (CON) will be filed on July 2, 2014.

I ask, therefore, that the brief in 14-832 (CON) be accepted for filing on July 1, 2014, pending the filing of the appendices in both 14-826 (L) and 14-832 (CON).

Very truly yours,

s/ burt neuborne

Burt Neuborne