# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: _____    Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____
   ☐ Plaintiff    ☐ Defendant
   ☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?    ☐ Yes    ☐ No
   ☐ Yes  ☐ No (explain): _____    Has this relief been previously sought in this Court?    ☐ Yes    ☐ No
   Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
   ☐ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
   ☐ Yes  ☐ No  ☐ Don't Know

Is oral argument on motion requested?    ☐ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_____ Date: _____    Service by:  ☐ CM/ECF    ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)